AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
DIANE WENDY CURLEY

*Defendant*

Case No. 5:26-cr-119-TPB-PRL

SEALED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DIANE WENDY CURLEY ,

who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☑ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Voting by an Alien in Presidential Election, in violation of 18 U.S.C. § 611(a).

UNITED STATES DISTRICT COURT · MIDDLE DISTRICT OF FLORIDA

Date: October 19, 2026

M Taylor
*Issuing officer's signature*

City and state: Ocala, Florida

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/20/2026 and the person was arrested on *(date)* 10/21/2026

at *(city and state)* ______ .

Date: 10/21/2026

[signature]
*Arresting officer's signature*

SA James Kerry Evans
*Printed name and title*